IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DR. ROSEMARY ADMIRAL AND DR. BEN WRIGHT, *PLAINTIFFS,* | § § § § | |
| V. | § § | CAUSE NO. 3:25-CV-02843-X |
| UNIVERSITY OF TEXAS AT DALLAS; UNIVERSITY OF TEXAS SYSTEM; DR. RICHARD BENSON, IN HIS INDIVIDUAL CAPACITY; DR PRABHAS V. MOGHE, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF TEXAS AT DALLAS; ATTORNEY GENERAL KEN PAXTON, IN HIS OFFICIAL CAPACITY; AND GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY *DEFENDANTS.* | § § § § § § § § § § § § § § | |

---

## ORDER GRANTING DEFENDANTS' RULE 12(B)(1) AND 12(B)(6) MOTION TO DISMISS

---

On this day came to be considered Defendants 12(b)(1) and 12(b)(6) Motion to Dismiss.

The Court, after considering the Motion and the arguments of counsel, find the Motion meritorious

and is **GRANTED**.

It is therefore **ORDERED** that Plaintiff's claims be **DISMISSED** in their entirety.

Signed and entered this ____ day of December, 2025

_____
PRESIDING JUDGE