**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DR. ROSEMARY ADMIRAL and DR. BEN WRIGHT, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 3:25-CV-2843-X |
| UNIVERSITY OF TEXAS AT DALLAS, et al., | § | |
| Defendants. | § | |

**ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE**

Before the Court is the motion of law professors Faisal Chaudhry, Mohammad Fadel, and Ramsi A. Woodcock for leave to file a brief as amici curiae in opposition to Defendants' motion to dismiss. Having considered the motion and any response and reply, the Court GRANTS the motion. The Clerk is DIRECTED to file the brief attached to the motion as Exhibit A.

IT IS SO ORDERED this ____ day of ____________, 2026.

______________________________
HONORABLE BRANTLEY STARR
UNITED STATES DISTRICT JUDGE